NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-0957

**ENERGY OIL TOOL LEASING, L.L.C.**

**VERSUS**

**PRECISION PUMP & COMPRESSOR, INC.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 02-4372
HONORABLE DAVID PAINTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED.**

**Nolan Craig Richardson**
**William Joseph Mize**
**Robichaux, Mize & Wadsack**
**P. O. Box 2065**
**Lake Charles, LA 70601-2065**
**(337) 433-0234**
**Counsel for Plaintiff/Appellant:**
        **Energy Oil Tool Leasing, L.L.C.**

**Philip D. Nizialek**
**Rathwell & Nizialek**
**Town Center One**
**1450 Lake Robbins Drive, Suite 300**
**The Woodlands, TX 77380**
**(281) 296-8900**
**Counsel for Defendant/Appellee:**
        **Precision Pump & Compressor, Inc.**